


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2015

**BY CM/ECF AND FAX**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007
Fax: 212-805-7943

    Re:    <u>United States</u> v. <u>Salvatore LoBuglio</u>, 88 Cr. 919 (ER)

Dear Judge Ramos:

    The Government's response to the above-captioned, pro se motion pursuant to Title 18, United States Code, Section 3582(c), was due to the Court on October 14, 2015. With sincere apologies to the Court, the Government inadvertently missed the October 14, 2015, filing deadline. Accordingly, the Government respectfully requests until October 23, 2015, to respond to the petitioner's motion.

    This is the Government's first request for an extension of its filing deadline.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: _____
    Jilan J. Kamal
    Assistant United States Attorney
    (212) 637-2192